Michele Floyd (SBN 163031)
Kirsten J. Daru (SBN 215346)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936
Telephone:     (415) 543-8700
Facsimile:      (415) 391-8269

Attorneys for Defendant Yahoo! Inc.

Robert C. Schubert (SBN 62684)
Juden Justice Reed (SBN 153748)
Willem F. Jonckheer (SBN 178748)
Peter E. Borkon (SBN 212596)
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone:     (415) 788-4220
Facsimile:      (415) 788-0161

Attorneys for Plaintiff Heidi Dorr

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEIDI DORR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>YAHOO! INC.,<br><br>Defendant. | Case No. C 07-1428 MJJ<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING:  (1) DEADLINE TO EXCHANGE INITIAL DISCLOSURES; (2) DEADLINE TO MEET AND CONFER RE SAME; (3) CASE MANAGEMENT CONFERENCE; AND (4) HEARING ON YAHOO!'S MOTION TO DISMISS**<br><br>Compl. Filed:    March 12, 2007<br>Trial Date:      Not set.<br><br>Honorable Martin J. Jenkins |

**RECITALS**

The parties, through their respective counsel, hereby stipulate and agree as follows:

1.     Plaintiff filed the instant action on or about March 12, 2007, and filed an amended complaint on or about May 4, 2007; and

2.     Defendant Yahoo! Inc. (Yahoo!) filed a motion to dismiss several of plaintiff's causes of action on or about May 24, 2007, which is currently set for hearing on July 10, 2007; and

3.     The initial case management conference in this matter is scheduled for June 26, 2007, before the hearing on Yahoo!'s motion to dismiss; and

4.     The parties' joint case management statement in advance of the June 26, 2007 case management conference is due to be filed on June 19, 2007; and

5.     The parties met and conferred on June 4, 2007 regarding case management issues in this matter and determined that it would be difficult to prepare a workable proposed discovery and case management plan because the case is not yet at issue. The parties cannot presently determine when the case will be at issue given that Yahoo!'s motion to dismiss is still pending, and thus are unable formulate a meaningful discovery/case management plan based thereon; and

6.     Counsel for plaintiff has informed counsel for Yahoo! that they have a conflict on the date scheduled for the hearing Yahoo!'s motion to dismiss, and counsel for Yahoo! has informed counsel for plaintiff that they will be unavailable from June 27 through July 9, 2007; and

7.     For the same reasons articulated in paragraph 5, *supra*, and because the parties are currently unaware of what claims will survive Yahoo!'s motion to dismiss, the parties have not been able to meaningfully meet and confer on Yahoo!'s contemplated Rule 26 disclosures; and

8.     The parties herein agree that the most efficient case management plan, and the most efficient use of judicial resources under the circumstances, would be to continue the case management conference and extend the deadline for the parties to exchange initial disclosures and file a case management conference statement until after the hearing on Yahoo!'s motion to dismiss.

**STIPULATION**

9.     Based upon the facts set forth in paragraphs one through eight, above, and desiring to make efficient use of judicial resources, the parties hereby stipulate as follows:

1                a)      That the hearing on Yahoo!'s motion to dismiss be continued from July 10,

2  2007 until July 31, 2007 at 9:30 a.m., and the briefing schedule on that motion be in accordance

3  with the July 31, 2007 hearing date;

4                b)      That the deadline for the parties to meet and confer on their initial disclosures

5  and joint case management conference statement be extended until August 21, 2007;

6                c)      That the deadline for the parties to submit a joint case management

7  conference statement be extended until September 11, 2007;

8                d)      That the deadline for the parties to exchange initial disclosures be extended

9  until September 11, 2007;

10               e)      That the case management conference in this matter be extended from June

11  26, 2007 until September 18, 2007 at 2:00 p.m.;

12               f)      That this Stipulation, if so desired, may be executed in counterparts, each of

13  which, when so executed, shall be deemed to be an original, and such counterparts together shall

14  constitute one and the same instrument. The parties further agree that signatures to this Stipulation

15  transmitted by facsimile shall have the same force and effect as original signatures.

16

17  DATED:  June 13, 2007                  REED SMITH LLP

18

19                                   By         /s/

20                                          Kirsten J. Daru

21                                          Attorneys for Defendant.
                                          Yahoo! Inc.

22  DATED:  June 13, 2007                  SCHUBERT & REED LLP

23

24                                     By         /s/

25                                          Willem Jonckheer

26                                          Attorneys for Plaintiff
                                          Heidi Dorr

27

28

**ORDER**

Having considered the above-stated recitals, and good cause appearing:

IT IS ORDERED:

(1)     That the hearing on Yahoo!'s motion to dismiss be continued from July 10, 2007 until July 31, 2007 at 9:30 a.m., and the briefing schedule associated with that motion be in accordance with the July 31, 2007 hearing date;

(2)     That the deadline for the parties to meet and confer on their initial disclosures and joint case management conference statement be extended until August 21, 2007;

(3)     That the deadline for the parties to submit a joint case management conference statement be extended until September 11, 2007;

(4)     That the deadline for the parties to exchange initial disclosures be extended until September 11, 2007.

(5)     That the case management conference in this matter be extended from June 26, 2007 until September 18, 2007 at 2:00 p.m.

IT SO ORDERED.

Dated:     6/18/2007     _____

_____
Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES