IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEIDI DORR, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

YAHOO! INC.,

    Defendant.

No. C 07-01428 WHA

**ORDER OF DISMISSAL**

This matter is **DISMISSED** per the parties' stipulation. The Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: February 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE